UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| RONALD UNTERREINER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:13CV00069 AGF |
| ) | |
| DOUGLAS MILLER, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Previously, attorneys John H. Inderwish, Dan Bonifazi and John P. Chubb Counsel for Defendants Douglas Miller and F. Ellen Miller moved to withdraw as counsel for the Millers in this matter. (Doc. No. 33.) In that motion the attorneys stated that the Millers were in the process of obtaining counsel and therefore, the Court in its September 30, 2013 order, withheld its ruling on the motion to withdraw and granted the Millers two weeks through October 15, 2013, to (1) obtain new counsel, or (2) advise the Court of any objections they may have to the motion to withdraw. (Doc. No. 34.) In addition, the Court advised Defendants that if they did not obtain new counsel or object to the motion to withdraw or otherwise respond to the Court's order that they would proceed *pro se* in this litigation until such time as they obtained new counsel.

As of the date of this Order, the Millers have filed no response to the Court's September 30, 2013 Order and the time to do so has expired. Therefore, Douglas Miller and F. Ellen Miller shall proceed *pro se* in this litigation until such time as they obtain

counsel. Defendants are reminded that as pro se litigants they will be required to comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. *See United States v. Green*, 691 F.3d 960, 965-66 (8th Cir. 2012) (holding that "the right of self-representation is not 'a license not to comply with relevant rules of procedural and substantive law'") (quoting *Faretta v. California*, 422 U.S. 806, 834 n. 46 (1975)).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion of John H. Inderwish, Dan Bonifazi and John P. Chubb to Withdraw as Attorneys for Defendants Douglas Miller and F. Ellen Miller (Doc. No. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that the moving attorneys shall immediately provide copies of this Order to Douglas Miller and F. Ellen Miller.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 21st day of October, 2013.